Francis Schaeffer Cox  
16179-006  
FCI Terre Haute  
P.O. Box 33  
Terre Haute, IN 47808  

12/26/2018

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 31 2018

JEFFREY P. COLWELL
CLERK

Angela Clemons, LPOA  
14526 Piney Road  
Mulberry, AR 72947  
479-381-3307  

RE: Case Number: 1:18-cv-02328-CMA Cox v Dodd

To US District Court, Denver, Colorado,

    Francis Schaeffer Cox had a scheduled phone conference on Wednesday, December 19, 2018 with the Court. Unfortunately, Francis Schaeffer Cox was unable to make the conference due to interference by the prison staff at FCI Terre Haute, Indiana.

    As the Limited Power of Attorney for Francis Schaeffer Cox, I am making two requests from the court. One, please reschedule the telephone conference. Two, please extend the time frame that Cox has to respond to the court due to his circumstance.

Thank you very much for this consideration.

Angela Clemons

*Angela Clemons*

Schaeffer's Angels
Schaeffer Cox
Angela Clemons
14526 Piney Road
Mulberry, AR 72947

US District Ct.
901 19th St
Denver, CO
80294

80294-250151

