ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR 14 PM 3:13

CLERK

BY_____DEP. CLK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Plaintiff,

FRANCIS SCHAEFFER COX

v.

Defendants:

TERRY DODD; MARIA RENSEL;
BILL RENSEL; and RICHARD NEFF

Case Number: 1:18-cv-02328-NYWLL

### DEFENDANT TERRY DODD'S ANSWER TO COMPLAINT

Defendant Terry Dodd, *Pro Se,* files his Answer to Plaintiff Francis Schaeffer Cox' Complaint, and hereby states as follows:

Defendant denies the allegations in Paragraphs 1, 2, 3, 4, 7, 11, 12, 13, 17, 20, 21. 22, 23, 27, 28, 29, and 30.

Defendant admits to the allegations in Paragraph 5.

Defendant is without sufficient knowledge as to the allegations in Paragraphs 6, ,8, 9, 10, 14, 15, 16, 18, 19, 24, 25, 26 and 31, and therefore denies same.

### AFFIRMATIVE DEFENSES

This Defendant states the following Affirmative Defenses to the Plaintiffs= Complaint.

1. The Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to mitigate its/his damages, if any.

3. Plaintiff=s claims for damages are the result of acts or omissions of third parties or entities over whom this Defendant had no control or right of control and for whose actions this Defendant is not responsible.

1

4. Plaintiff=s claims are barred by the doctrines of waiver and estoppel, laches, and unclean hands.

5. Plaintiff=s complaint is barred by virtue of failure of conditions precedent.

6. Plaintiff=s claims are barred by virtue of mutual or unilateral mistake of fact.

7. Plaintiff=s claims are barred by virtue of an accord and satisfaction.

8. Plaintiff=s claims are barred by virtue of a substituted contract, implied recission or mutual recission of contract and/or an anticipatory breach of contract.

9. Defendant reserves the right to assert other affirmative defenses which either believes may be disclosed as available by further discovery and investigation, and requests leave of the Court to Amend their Answer, if necessary at a later date.

**WHEREFORE,** the Defendant Terry Dodd, having answered Plaintiff=s Complaint requests that the same be dismissed and held for naught and that the Defendant be awarded his costs and attorney=s fees in defending this action.

Respectfully submitted this 14th day of March, 2019.

Terry Dodd, *Pro Se* Defendant
Address: 11450 Marlborough Drive
Parker, Colorado 80138
Phone: 303-909-1166
Email: Tcdodd@q.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of March, 2018, that I placed a true and correct copy of the foregoing,, **DEFENDANT DODD'S ANSWSER,** in the United States mails, postage pre-paid, addressed to the following:

Francis Schaeffer Cox
#16179-006
TERRE HAUTE-Federal Correctional Institute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808
*PRO SE PLAINTIFF*

_____
Terry Dodd- *Pro Se* Defendant