TRULINCS 16179006 - COX, FRANCIS SCHAEFFE - Unit: THA-D-A

---

FROM: 16179006
TO: Clemons, Angela; Roots, Roger
SUBJECT: Pro Bono Attorneys List
DATE: 04/14/2019 08:48:15 PM

Francis Schaeffer Cox
16179-006
PO BOX 33
Terra Haute, IN 47808

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Alfred A. Arraj Courthouse
901- 19th St., Room A 105
DENVER, CO 80294-3589

April 14th, 2019

RE: List of Pro Bono Civil Attorneys

Dear Clerk:

Could you please provide me with a list of pro bono Federal civil attorneys who practice in your district? I've enclosed a self addressed return envelope with a stamp on it.

My case number is 1:18-cv-2328-CMA-NYW. To sum it up: I'm a political prisoner trying to prove my innocence. Friends, family, and supporters raised over a million dollars for my legal defense fund. Then some people I barely even know stole ALL the money and left me totally empty handed. We have enough evidence from their emails to prove they stole it. But I need help to properly prosecute this civil suit.

Hopefully this summary helps you know what type of attorney you should recommend who would be a good fit.

Thank you in advance.

Sincerely,

--Francis Schaeffer Cox

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2019

JEFFREY P. COLWELL
CLERK