IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action:      18-cv-02328-CMA-NYW | Date: April 25, 2019 |
| Courtroom Deputy:  Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| Parties | Attorney(s) |
|---|---|
| FRANCIS SCHAEFFER COX, | *pro se (via telephone)* |
| **Plaintiff,** | |
| v. | |
| TERRY DODD, | *pro se* |
| MARIA RENSEL, | |
| BILL RENSEL, | |
| RICHARD NEFF, | |
| **Defendants.** | |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

Court in Session: 9:41 a.m.

Appearance of *pro se* parties. No one is present on behalf of Maria Rensel, Bill Rensel, or Richard Neff. A non-party is listening on the phone call. Court advises that the non-party, who is also not an attorney, may listen but may not participate in the conference.

Parties discuss the status of service to the Defendants who are not present today. Plaintiff has until May 20, 2019 to serve the remaining defendants. The court advises that if those Defendants are not served, they may be dismissed from the case.

The court will not set a schedule or a Scheduling Conference in this case until after Plaintiff's deadline to serve the remaining Defendants has passed.

Parties discuss Defendant Terry Dodd's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) [33] filed April 23, 2019. Plaintiff has not yet received the mailed copy of the filing. The court discusses converting the Motion to Dismiss to a Motion for Summary Judgment.

**ORDERED: Plaintiff shall file a response to Defendant Terry Dodd's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) [33] on or before May 24, 2019. In his response Plaintiff shall address the propriety of converting the Motion to Dismiss to a Motion for Summary Judgment and include any evidence he may want considered. On Reply, Defendant Dodd may address the same issue and include any evidence in response.**

Plaintiff and Defendant are advised that even as *pro se* litigants, he must comply with the Federal Rules of Civil Procedure, the Local Rules of Practice for the United States District Court for the District of Colorado, and this court's Practice Standards as well as substantive law.

Parties discuss the letter requesting a List of Pro Bono Civil Attorneys [34] filed April 23, 2019.

**ORDERED: The request for a List of Pro Bono Civil Attorneys [34] is DENIED without prejudice.**

Parties discuss discovery requests. No Scheduling Conference has been held, therefore, discovery has not yet been triggered.

Both parties are advised of the Federal Pro Se Legal Clinic.

Court in Recess: 10:02 a.m.          Hearing concluded.          Total time in Court: 00:21

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.