FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 23 2019
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| Francis Schaeffer Cox, pro se, Plaintiff vs. Dodd, et al. |
|---|

Civil No.: 1:18-cv-02328

## EX-PARTE MOTION FOR DECLARATORY JUDGEMENT

Plaintiff Francis Schaeffer Cox (herein "plaintiff"), hereby moves The Honorable Court on an ex-parte basis for a declaratory judgement that the Federal Bureau of Prisons (herein "FBOP") and other executive law enforcement employees are <u>not</u> entitled to qualified immunity to shield them from liability arising from their efforts to block the plaintiff from serving process in the instant case, or from obtaining counsel and/or other lawful assistance from others in the pursuit of the instant case, by, for example, and for purposes of illustration and not limitation, intimidating inmates who are, or otherwise would be, disposed to help while seeking nothing in return for themselves, if not for the threat of illegitimate-but-nonetheless-unavoidable sanctions against them. To disspell the fog of fear caused by recent events, the plaintiff requests that The Honorable Court's order explicitly state that it is unlawful for executive law enforcement agents to discipline Mr. Gottesfeld for the conduct described in the plaintiff's foregoing EMERGENCY EX-PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER and the exhibits thereto.

If, in its wisdom, The Honorable Court determines that the plaintiff has failed to meet an evidentiary burden required for it to issue the requested declaratory judgement, then the plaintiff wishes to request, respectfully, a hearing on this motion where he can call relevant executive law enforcement

staff as witnesses to ascertain their motive(s) and their knowledge of the applicable law, including but not limited to Mr. Richard Blythe, and FCI Terre Haute CMU discipline hearing officer Bradley.

Respectfully mailed on Friday, April 26th, 2019,

_Francis Schaeffer Cox, pro se_

Registration No.: 16179-006

Federal Correctional Institution

P.O. Box 33?

Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Francis Schaeffer Cox, hereby certify that on Friday, April 26th, 2019, I caused a copy of the foregoing motion to be delivered to the government by way of its pre-screening of all of my mail to and from any and all courts in the land.

Signed,

by USP Tracking No.
9114 9023 0722 4072 3902 85

_Francis Schaeffer Cox, pro-se_