FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
MAY 28 2019
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| Francis Schaeffer Cox, pro se, Plaintiff vs. Dodd, et al. | Case No.: 1:18-cv-02328 |
|---|---|

# EMERGENCY MOTION FOR TELEPHONIC HEARING

Plaintiff Francis Schaeffer Cox (herein "plaintiff"), acting pro se, hereby moves The Honorable Court on an emergency basis to convene a brief telephonic hearing as soon as practicable in order to adjudicate matters regarding his access to The Honorable Court. Cf. Ramos v. Lamm, 485 F. Supp. 122, 130-32 (D. Colo. 1979)(citing Cruz v. Beto, 405 U.S. 319, 321-22; 92 S. Ct. 1079, 1081; 31 L. Ed. 2d 263 (1972) and Bethea v. Crouse, 417 F. 2d 504, 505-06 (10th Cir. 1969)).

The plaintiff estimates that a three (3) to five (5) minute hearing would be sufficient for him to present his claims.

Respectfully submitted via USPS Certified Mail Num.: 7002 0510 0004 4048 2021 on Monday, May 20th, 2019, in accordance with Houston v. Lack, 487 U.S. 266 (1988),

5/19/19

Francis Schaeffer Cox, pro se
Reg. No.: 16179-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

CERTIFICATE OF SERVICE

I, Francis Schaeffer Cox, pro se, do hereby certify that on Monday, May 20th, 2019, I mailed a copy of the foregoing document to each of the defendants named in the abovecaptioned matter.

See: Houston v. Lack, 487 U.S. 266 (1988).

Signed,

[signature] 5/19/19

Francis Schaeffer Cox, pro se


FOREVER USA
PURPLE HEART
CERTIFIED MAIL
7002 0510 0004 4048 2021
⇔16179-006⇔
Us Dist Court Clerk
901 19TH ST
Room A 105
Denver, CO 80294-3589
United States
NAME: Francis S. Cox
NUMBER: 16179-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE