FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2019

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| Francis Schaeffer Cox, pro se, Plaintiff vs. Dodd, et al. |
|---|

Civil No.: 18-cv-02328

## THIRD SUPPLEMENTAL EX-PARTE MOTION FOR A DECLARATORY JUDGMENT

Plaintiff Francis Schaeffer Cox (herein "plaintiff"), acting pro se, hereby supplements his previous EX-PARTE MOTION FOR A DECLARATORY JUDGEMENT (mailed on Friday, April 26th, 2019), his previous SUPPLEMENTAL EX-PARTE MOTION FOR A DECLARATORY JUDGMENT (mailed on Monday, April 29th, 2019), and his previous SECOND SUPPLEMENTAL EX-PARTE MOTION FOR A DECLARATORY JUDGMENT (mailed on May 29th, 2019). The plaintiff hereby incorporates all of the arguments and exhibits from these previous filings herein.

The plaintiff notes for clarity that the relief he seeks in the instant motion is pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. §2201. As such, it is separate and distinct from the relief which he seeks, separately, under Fed. R. Civ. P. 65. Indeed, the text of 28 U.S.C. §2201 explicitly states that "any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought." (emphasis added).

However, to prevent unnecessary duplication, the plaintiff hereby incorporates herein by reference all of the arguments and exhibits made in his previous EMERGENCY EX-PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER (mailed on April 26th, 2019) and his contemporariously filed EMERGENCY EX-PARTE SUPPLEMENTAL MOTION FOR A TEMPORARY RESTRAINING ORDER, as well as his contemporariously filed EMERGENCY RENEWED MOTION FOR A TELEPHONIC HEARING.

Should The Honorable Court, at its discretion, schedule the instant

motion for a separate hearing from the plaintiff's EMERGENCY RENEWED MOTION FOR A TELEPHONIC HEARING, then the plaintiff requests, respectfully, that The Honorable Court secure the testimony of Mr. Martin Gottesfeld (Reg. No.: 12982-104) telephonically for that separate hearing of the instant motion for the same reasons referred to in the plaintiff's EMERGENCY RENEWED MOTION FOR A TELEPHONIC HEARING.

Respectfully mailed (and filed in accordance with Houston v. Lack, 487 U.S. 266 (1988)) on Friday, June 14th, 2019, in an envelope bearing U.S. Postal Service tracking number 9114 9014 9645 1828 1183 98,

_____  6-14-19
Francis Schaeffer Cox, pro se
Reg. No.: 16179-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I, Francis Schaeffer Cox, hereby certify that on Friday, June 14th, 2019, I mailed copies of the foregoing document to The United States Attorney's Office for The Southern District of Indiana and The United States Attorney's Office for The District of Colorado.

_____  6-14-19
Francis Schaeffer Cox, pro se