*Exhibit 1 to Renewed Motion For Telephonic Hearing*

## Affidavit of Francis Schaeffer Cox:

I, Francis Schaeffer Cox, do hereby affirm that the following is true and accurate to the best of my knowledge, information, and belief on this 11th day of June, 2019, and I do so declare the following pursuant to <u>28 U.S.C. §1746</u> (see <u>Price v. Philpot, 420 F.3d 1158, 1165-66 n. 6 (10th Cir 2005)</u>):

1. My name is Francis Schaeffer Cox and I am an inmate in the communications management unit (CMU) of the Federal Correctional Institution (FCI) Terre Haute, Indiana.

2. My federal registration number is 16179-006.

3. I wanted to attend the 2:00 P.M. Mountain Time hearing in the case of <u>18-cv-02328</u> before The Honorable U.S. District Court for The District of Colorado, and, indeed, I tried to do so.

4. I notified the CMU unit team here at the FCI Terre Haute CMU multiple times about the hearing, as I had done in the past for other hearings, including a reminder I made orally on Friday, June 7th, 2019, to the unit team regarding the upcoming hearing.

5. I was prepared for the hearing.

6. At 2:00 P.M. Mountain Time on Monday, June 10th, 2019, I was locked in my cell for afternoon count and nobody came to bring me to a telephone so that I could participate in the hearing.

7. I do not have a call button or any other immediate means by which to notify the CMU unit team that the time for the meeting was approaching and had passed.

8. This incident is indicative of the many such issues I am facing with regard to access to The Honorable Court for the litigation of the case <u>18-cv-02328</u> in The District of Colorado.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and accurate. Executed on Tuesday, June 11th, 2019.

*[signature]* 6-11-2019
Francis Schaeffer Cox