FROM: 16179006
TO: Christie, Bryan; Clemons, Angela; Dodd, Terry; Sarver, Liz
SUBJECT: Proof of service - Rensels
DATE: 06/06/2019 06:39:01 PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Francis Schaeffer Cox,
Plaintiff,

v.  1:18-cv-02328-CMA-NYW

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
Defendants,

~ NOTICE RE: PROOF OF SERVICE AS TO DEFENDANTS BILL AND MARIA RENSEL ~

On May 13th, 2019, at 9:45 pm, Defendants Bill and Maria Rensel were each served a summons and a copy of the complaint, at their residence and usual place of abode, 348 Minnie St., Fairbanks, AK 99701.

Bryan Christie and Frank Turney together, personally served the summons and complaint on Bill Rensel -- both Bryan and Frank recognizing Bill personally.

Bryan Christie and Frank Turney left Maria Rensel's summons with her husband Bill, and instructed him to give it to his wife, who is believed to have been in the house at the time. Heather -- Maria's daughter from a pervious marriage -- was present when Bill was handed his and Maria's summons and complaint.

The summons and complaint were also mailed to Bill and Maria Rensel's residence address and their PO Box 71507, Fairbanks, AK 99707 address multiple times circa May 13th, 2019, and delivery was confirmed.

Bryan Christie and Frank Turney both promptly completed affidavits as to their effectuation of service and had them notarized, and attached them to Bill and Maria's corresponding AO 440 "Proof of Service" forms (Dkt 9-2 and Dkt 9-3), which were then mailed to me.

Perhaps not surprisingly, the prison has not given these mail pieces to me. It's been almost a month now. So I am filing this notice with the court, and the "Proof of Service" forms and accompanying affidavits will have to be filed with the court by people on the outside who have unobstructed access to the courts.

USPS TRACKING # 9114 9014 9645 1762 0786 59  Court
USPS TRACKING # 9114 9014 9645 1828 1181 14  Dodd
USPS TRACKING # 9114 9014 9645 1762 0789 63  Rensels
USPS TRACKING # 9114 9014 9645 1828 1180 91  Neff

_____ Date June 6th, 2019
Francis Schaeffer Cox 16179-006
PO Box 33
Terra Haute, IN 47808

------------------------------------ CERTIFICATE OF SERVICE ------------------------------

I, Francis Schaeffer Cox, certify that on June 6th, per Houston v. Lack, this NOTICE RE: PROOF OF SERVICE AS TO DEFENDANTS BILL AND MARIA RENSEL and attached exhibits were mailed to the clerk of court and to all defendants, by first class mail, postage pre-paid, by USPS Tracking Numbers:

_____ Date 6-6-19
Francis Schaeffer Cox 16179-006

To Court   9114 9014 9645 1762 0786 59
To Dodd    9114 9014 9645 1828 1181 14
To Rensels 9114 9014 9645 1762 0789 63
To Neff    9114 9014 9645 1828 1180 91

FROM: Clemons, Angela
TO: 16179006
SUBJECT: RE: Rensel's PO Box
DATE: 05/15/2019 12:17:20 PM

Okay.

They are DEFINITELY at 348 Minnie. Bryan and Frank saw the daughter and Bill Rensel. AND the USPS mail was delivered there on Monday, the 13th. I saved screenshots.

Yeah.
Ang

FRANCIS SCHAEFFE COX on 5/14/2019 9:05:27 AM wrote
I'm waiting on CTU to approve Maria Rensel's PO Box 71507, Fairbanks, AK 99707 address.

--sc

FROM: Clemons, Angela
TO: 16179006
SUBJECT: Maria and Bill Served by Bryan and Frank
DATE: 05/14/2019 09:48:01 AM

9;45pm May 13, Maria's daughter was served papers. Bill arrived and saw papers. At 348 Minnie. Frank Turney was also there to witness.

Ion addition, the papers I sent to them and all family members have the return address of either the POBox or Minnie address. So they will all be returned to themselves and I have the screenshots of them being delivered.

Angela

FROM: Christie, Bryan
TO: 16179006
SUBJECT: Howdee
DATE: 05/15/2019 11:41:34 AM

Been stressin for a while about getting these guys served. So happy about getting it done. Frank and i looked around here and there then bingo! Haa. I am happy for you. Waitin on ang to send stuff to sign. B

FROM: Christie, Bryan
TO: 16179006
SUBJECT: RE: Maria in Delta?
DATE: 05/15/2019 01:31:13 PM

She been served the summons ! Frank and i last nite served her. He banged on the door and maria daughter answered. Handed her summons and bill was right there

FRANCIS SCHAEFFE COX on 5/14/2019 8:35:44 AM wrote
good. You and Frank and Frank's friend will need to sign a statement saying you know that Maria is in Delta and comes to town for meetings. Can you do that?
-----Christie, Bryan on 5/13/2019 1:51 PM wrote:

\>

Yes but no address. Waiting for frank friend to get info where in delta. Been lookin around town too. Heard she is still doin meeting.

FRANCIS SCHAEFFE COX on 5/10/2019 8:36:53 AM wrote
I hear from Liz that Maria had a March 2019 You Tube that mentioned she was in the Delta area. Did you guys know this?

--sc

🛡️ @MoxyLoxy

Maria Patricia Rensel this is a summons and complaint for your role in the Alaskans for Liberty: Free Schaeffer Cox Project. Cox v, Dodd in the state of Colorado. You have 13 days to respond.
#freeschaeffercox @m_rensel @Richard86733438 @Schaeffer_Cox

drive.google.com/open?id=1H4UaX ...

---

UNITED STATES DISTRICT COURT
for the
District of Colorado

Francis Schaeffer Cox )
)
)
Plaintiff(s) )
v. ) Civil Action No. 18-cv-02328-NYW
)
Terry Dodd, Maria Rensel, Bill Rensel, and Richard )
Neff )
)
Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Maria Rensel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Francis Schaeffer Cox
#16178-006
TERRE HAUTE - Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

4:09 PM - 7 May 2019

 **Maria Rensel**
@m_rensel

 Following

I added a video to a @YouTube playlist youtu.be/r7a7D200vXw?a Maria Patricia discusses Schaeffer Cox with John B Wells on

 **Maria Patricia discusses Schaeffer Cox with John B Wells o...**
http://caravantomidnight.com/ http://www.freeschaeffercox.com/
http://caravantomidnight.com/episode-553-guest-media-joseph-meyer-maria-patricia/ #FreeSchaeff...
youtube.com

5:11 AM - 20 Sep 2017