TRULINCS 16179006 - COX, FRANCIS SCHAEFFE - Unit: THA-D-A

---

FROM: 16179006
TO: Clemons, Angela
SUBJECT: NOTICE RE: Attorney Letters
DATE: 06/17/2019 09:32:01 AM

*FILED — UNITED STATES DISTRICT COURT, DENVER, COLORADO — JUL -2 2019 — JEFFREY P. COLWELL, CLERK*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Francis Schaeffer Cox,
Plaintiff,

v.     1:18-cv-02328-CMA-NYW

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
Defendants,

---

~ NOTICE RE: OBSTRUCTION OF ACCESS TO THE COURT AND/OR ASSISTANCE OF COUNSEL~

---

I, Francis Schaeffer Cox, herby state under penalty of perjury 28 USC 1746 that my Constitutionally-protected right of access to the courts and to assistance of counsel is being obstructed by the private contractor, "CTU," which runs the 38-man prison where I have been held for years.

I am aware of no rule or policy that allows them to do this. And I believe that none exists. But I am ware of my Constitutional right to access the courts and to retain assistance of counsel at my own expense. I assert that this right of mine has been and continues to be systematically violated during the pendency of the instant case, and that it has been over a much longer period of time through a consistent pattern of practice.

Attached hereto are letters from attorneys from whom I have sought assistance and/or whom have attempted to contact me only to be turned away by the prison. I most respectfully ask that pursuant to F. R. Civ. P. 201 the court take JUDICIAL NOTICE of this statement and of these attorney letters, and preserve them for the record.

Signed: /s/_____ Date 6-17-19
Francis Schaeffer Cox
16179-006
PO Box 33
Terra Haute, IN 47808

-----------------------------------CERTIFICATE OF SERVICE-----------------------------------

I, Francis Schaeffer Cox, certify that on the below date a copy of this notice and the attached attorney letters were sent to the Clerk of Court and to all the defendants in this case, by first class US Mail, postage pre-paid.

Signed: /s/_____ Date _____
Francis Schaeffer Cox
16179-006