TRULINCS 16179006 - COX, FRANCIS SCHAEFFE - Unit: THA-D-A

FROM: 16179006
TO: Christie, Bryan; Clemons, Angela; Dodd, Terry; Sarver, Liz
SUBJECT: Default on Rensels
DATE: 06/21/2019 02:50:38 PM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 08 2019**

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Francis Schaeffer Cox,
plaintiff,

v.   1:18-cv-02328-CMA-NYW

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
Defendants,

---

~ REQUEST TO ENTER DEFAULT AS TO BILL AND MARIA RENSEL ONLY (Fed. R. Civ. P. 55(a)) ~

---

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO;

I, Francis Schaeffer Cox, Plaintiff, requests that the Clerk of this Court enter the default of Bill and Maria Rensel for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure. This request is based on the incorporated Affidavit of Francis Schaeffer Cox, which shows:

1. Bill and Maria Rensel were served with the summons and complaint on May 13th, 2019.

2. The proof of service filed with this court per Houston v. Lack on June 16th, 2019 (due to delay of mail by prison officials) establishes that service was proper pursuant to Fed. R. Civ. P. 4, a file stamped copy is available on the docket.

3. Both Bill and Maria Rensel have failed to plead or otherwise respond to the complaint and summons.

4. The applicable time limit for responding has expired.

5. Bill and Maria Rensel are are not infants, minors, incompetent persons, or serving in the military.

6. Attached hereto are two (2) completed and notarized AO-440 "Proof of Summons" forms showing that Bill and Maria Rensel were served a copy of the summons and complaint by Frank Turney and Bryan Christie on May 13th, 2019 at between 9:30 and 9:45 pm, at their residence and usual place of abode, 348 Minnie St., Fairbanks, AK 99701.

_____ Date 6-21-19
Francis Schaeffer Cox

---

~ AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER THE DEFAULT OF BILL AND MARIA RENSEL ONLY ~

---

(Fed. R. Civ. P. 55 (a))

I, Francis Schaeffer Cox, state the following under penalty of perjury per 28 USC 1746:

1. I am over 18 years of age, and fully competent to make this affidavit.

2. I am the Plaintiff in this action.

3. On or about the first week of May I caused the summons and complaint in this action to be delivered to Mr. Bryan Christie and Mr. Frank Turney, who together properly served them upon Bill and Maria Rensel, in person, on May 13th, 2019 under the provisions of Fed. R. Civ. P. 4.; and certified that fact to this Court on completed AO-440 PROOF OF SERVICE forms dated 5-18-19 and 6-1-19 then NOTARIZED June 4th, 2019; this PROOF OF SERVICE was duly filed with this court on 6-15-19 per Houston v. Lack. See attached EXHIBIT A.

4. Bill and Maria Rensel, have failed to serve and file an answer or otherwise respond to the complaint.

5. Under Fed. R. Civ. P 12, the time limit for responding to the complaint has now expired, and the time for Bill and Maria Rensel to respond has not been extended by any stipulation of the parties, or by any order of the court.

6. Bill and Maria Rensel are personally know to me, and they are not minors or incompetent persons, nor are they in military service. They are adults who I know are capable of managing their own affairs.

Signed under penalty of perjury,

_____ Date 6-21-19 ********** 28 USC 1746 **********
Francis Schaeffer Cox

------------------------------------CERTIFICATE OF SERVICE ------------------------------------
    I, Francis Schaeffer Cox, certify that on the below date per Houston v. Lack, a true and correct copy of this REQUEST TO ENTER DEFAULT AS TO BILL AND MARIA RENSEL ONLY, and incorporated sworn AFFIDAVIT were mailed to the clerk of court via first class US mail, postage pre-paid, USPS Tracking number 9114 9014 9645 1828 1182 13, as well as to all the Defendants in this case.

_____ Date 6-21-19
Francis Schaeffer Cox
16179-006
PO BOX 33
Terra Haute, IN 47808

USPS TRACKING #   **9114 9014 9645 1828 1182 13**
& CUSTOMER RECEIPT   For Tracking or inquiries go to USPS.com or call 1-800-222-1811.

TRULINCS 16179006 - COX, FRANCIS SCHAEFFE - Unit: THA-D-A

---

FROM: 16179006
TO: Christie, Bryan; Clemons, Angela; Dodd, Terry; Sarver, Liz
SUBJECT: Proof of Service on Rensels
DATE: 06/14/2019 05:34:44 PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Francis Schaeffer Cox,
plaintiff,

v.     1:18-cv-02328-CMA-NYW

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
Defendants,

---

~ PROOF OF SERVICE AS TO BILL AND MARIA RENSEL ONLY ~

---

Attached hereto are two (2) completed and notarized AO-440 "Proof of Summons" forms showing that Bill and Maria Rensel were served a copy of the summons and complaint by Frank Turney and Bryan Christie on May 13th, 2019 at between 9:30 and 9:45 pm, at their residence and usual place of abode, 348 Minnie St., Fairbanks, AK 99701.

All Defendants have been served.

_____ Date 6-14-19
Francis Schaeffer Cox
16179-006
PO BOX 33
Terra Haute, IN 47808

---

---------CERTIFICATE OF SERVICE---------

I, Francis Schaeffer Cox, certify that on the below date per Houston v. Lack, a true and correct copy of this PROOF OF SERVICE AS TO BILL AND MARIA RENSEL ONLY was mailed to the clerk of court via first class US mail, postage pre-paid, USPS Tracking number 9114 9023 0722 4293 0874 69, as well as to all the Defendants in this case.

USPS TRACKING # 9114 9023 0722 4293 0874 69
& CUSTOMER RECEIPT
For Tracking or inquires go to USPS.com
or call 1-800-222-1811.

_____ Date 6-15-19
Francis Schaeffer Cox
16179-006

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-02328-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bill & Maria Rensel__
was received by me on *(date)* __May 13th 2019__

☐ I personally served the summons on the individual at *(place)* __348 Minnie St. Fairbanks, Alaska__
on *(date)* __May 13, 2019__; or __9:30 or 9:45 PM__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __Kate Rensel daughter of Rensel__, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: __Kate Rensel answered the door; gave her the copy and her dad Bill Rensel came in the house behind me and Maria Rensel was in the house when Summons was delivered on May 13th 2019 Aprox 9:45 PM__

My fees are $ __150.00__ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __June 1st 2019__
__June 4th 2019__

Server's signature

__Frank W. Turney__
Printed name and title

__1434 Lacey St. "B" Fairbanks, Alaska__
Server's address

Additional information regarding attempted service, etc:

# ACKNOWLEDGMENT BY INDIVIDUAL

State of Alaska

4th Judicial District

On this 4 day of June in the year 20 19, before me, the undersigned notary public, personally appeared: Frank W Turney known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

_____
Signature of Person Taking Acknowledgment

Title or Rank Notary Public

My Commission Expires: Sep. 4 2022

tate of Alaska
TARY PUBLIC
Brittany S.
imission Expires Sep 4, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-02328-NYW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BILL + MARIA RENSEL
was received by me on *(date)* 13th May 2019 24t

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, _____ on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: ON 13 MAY 2019, 9:30 P.M. I AND FRANK TURNEY SAT ACROSS FROM 348 MINNIE ST FBKS AK. BILL RENSEL DROVE UP AND I WITNESSED FRANK TURNEY KNOCK ON DOOR AND HAND THEM SUMMONS

My fees are $ 190.00 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 18 MAY 2019
4 JUNE 2019 TRC

*Server's signature*

BRYAN R. CHRISTIE
*Printed name and title*

1434 LACEY ST. FBKS AK 99701
*Server's address*

Additional information regarding attempted service, etc:

# ACKNOWLEDGMENT BY INDIVIDUAL

State of Alaska

4th Judicial District

On this 4 day of June in the year 2019, before me, the undersigned notary public, personally appeared: Bryan R Christie known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes therein contained.

_____    _____
Signature of Person Taking Acknowledgment    Signature of Person Taking Acknowledgment

Title or Rank Notary Public

My Commission Expires: Sep. 4 2022

of Alaska
Y PUBLIC
any S.
Expires Sep 4, 2022