**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 JUL 26 PM 12: 04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Plaintiff,                                )
                                          )        Case Number: 1:18-cv-02328-NYW
FRANCIS SCHAEFFER COX                     )
v.                                        )
                                          )
Defendants:                               )
                                          )
TERRY DODD; MARIA RENSEL;                 )
BILL RENSEL; and RICHARD NEFF             )


## DEFENDANT RICHARD NEFF'S MOTION TO JOIN TERRY DODD'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) and RULE 12(b)(6)

*Pro Se* Defendant Richard Neff seeks to join Defendant Dodd's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6).

Respectfully submitted this 25 day of July, 2019.

Richard Neff, *Pro Se* Defendant
Address: 2101 Broadmoor Ave
Fairbanks, Alaska
Phone:   907-388-6802
Email:   r.neff@gci.net

## CERTIFICATE OF SERVICE

I do hereby certify that on this **25** day of July 2019, that I placed a true and correct copy of the foregoing, **DEFENDANT RICHARD NEFF'S MOTION TO JOIN TERRY DODD'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) and RULE 12(b)(6) and PROPOSED ORDER OF DISMISSAL,** in the United States mails, postage pre-paid, and emailed same, addressed to the following:

*VIA EMAIL TO: TCDODD@Q.COM*
Terry Dodd, *Pro Se* Defendant
11450 Marlborough Drive
Parker, Colorado 80138

*VIA US MAIL*
*, FRANCIS SCHAEFFER COX INMATE#16179006*
*FEDERAL BUREAU OF PRISONS BOP INIST.*
Francis Schaeffer Cox
#16179-006
TERRE HAUTE-Federal Correctional Institute
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808
*PRO SE PLAINTIFF*

Richard Neff- *Pro Se* Defendant

2