IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 18-cv-02328-CMA-NYW | Date: June 29, 2019 |
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| *Parties* | *Attorney(s)* |
|---|---|
| FRANCIS SCHAEFFER COX,<br><br>**Plaintiff,**<br><br>v.<br><br>TERRY DODD,<br>MARIA RENSEL,<br>BILL RENSEL,<br>RICHARD NEFF,<br><br>**Defendants.** | *pro se*<br><br><br><br><br><br>*pro se* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 11:05 a.m.

Appearance of *pro se* parties. No one is present on behalf of Defendants Maria or Bill Rensel. Non-parties are present on the phone call.

Discussion held regarding which motions are ready for a ruling or Recommendation from this court.

Plaintiff indicates that he is not opposed to Defendant Richard Neff's Motion to Joint Terry Dodd's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) [102] filed July 26, 2019.

**ORDERED: The court GRANTS Defendant Richard Neff's Motion to Joint Terry Dodd's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) [102].**

For the reasons stated on the record, it is

Parties discuss Request to Enter Default Judgment as to Bill and Maria Rensel Only [88, and 89] filed July 8, 2019.  The court will leave [89] pending, given Plaintiff's representation that he has re-filed a Motion for Entry of Default.

**ORDERED:  No schedule has been set, accordingly, the Parties shall not engage in discovery until the scope of the claims have been better defined.**

Court in Recess: 11:33 a.m.            Hearing concluded.            Total time in Court: 00:28

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.