TRULINCS 16179006 - COX, FRANCIS SCHAEFFE - Unit: THA-D-A

---

FROM: 16179006
TO: Christie, Bryan; Clemons, Angela; Dodd, Terry; Sarver, Liz
SUBJECT: Renewed Request For Default
DATE: 07/18/2019 09:35:06 AM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 29 2019**

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Francis Schaeffer Cox,
plaintiff,

v.              1:18-cv-02328-CMA-NYW

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
Defendants,     ---------- TO THE CLERK --------

---

~ COX'S RENEWED REQUEST TO ENTER DEFAULT, and DEFAULT JUDGMENT ~
AS TO BILL AND MARIA RENSEL ONLY (Fed R. Civ. P. 55(a))

For the following reasons I, Plaintiff Cox, hereby renew my request that the CLERK enter DEFAULT as to defendants Bill and Maria Rensel only [Dkt. 88] and my request for DEFAULT JUDGMENT as to the Rensels only [Dkt. 89], for the following reasons:

1. The OBJECTIONS to the validity of service have been overruled by the court and were DENIED. See Docket 94.

2. Contrary to the Clerk's note at Docket 95, there are in fact Fed. R. Civ. P. 55(a) affidavits incorporated into the previously filed REQUEST TO ENTER DEFAULT [Dkt. 88] and the REQUEST FOR DEFAULT JUDGMENT [Dkt. 89] (These incorporated affidavits were presumably just overlooked by the Clerk, as they were not on their own separate sheet of paper, but rather just printed along with the pleading. This made them easy to miss. I apologize for the confusion.)

Very Respectfully signed,
under penalty of perjury,

/s/ Schaeffer Cox

******************************
**** 28 USC ss 1746 *****
******************************

_/s/_____ Date 7-18-2019
Francis Schaeffer Cox
16179-006
Po Box 33
Terra Haute, IN 47808

-------------------------------- CERTIFICATE OF SERVICE ------------------------------------------------

I, Francis Schaeffer Cox, certify that a true and correct copy of this "RENEWED REQUEST FOR ENTRY OF DEFAULT [Dkt. 88] AND REQUEST FOR DEFAULT JUDGMENT [Dkt 89] AS TO BILL AND MARIA RENSEL ONLY" was mailed to the clerk of court and to all Defendants in this case, via first class US mail, postage pre-paid, on the below date, per Houston v. Lack. USPS TRACKING NUMBER: 9114 9023 0722 4293 0870 32 (to court)

/s/ Schaeffer Cox

_/s/_____ Date 7-18-2019
Francis Schaeffer Cox 16179-006

