**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 18-cv-02328-CMA-NYW

FRANCIS SCHAEFFER COX,

    Plaintiff,

v.

TERRY DODD,
MARIA RENSEL,
BILL RENSEL, and
RICHARD NEFF,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the October 29, 2019 Recommendation by United States Magistrate Judge Nina Y. Wang, wherein she recommends that this Court grant Defendants Terry Dodd and Richard Neff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #33), deny as moot Defendants Terry Todd and Richard Neff's Motion to Strike Plaintiff's Premature Filings, Request for Order of Voluntary Dismissal, and Motion for Protective Order to Stay Discovery Until the Court's Scheduling Conference (Doc. # 58), and deny Plaintiff's Motion for Default Judgment as to Bill and Maria Rensel (Doc. # 89). (Doc. # 116.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 116 at 20 n.7.) Despite this advisement, neither party filed an objection to the Recommendation.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Wang, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge Nina Y. Wang (Doc. # 116) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that Defendants Terry Dodd and Richard Neff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. #33) is GRANTED and Count I and Count III of the Complaint be DISMISSED WITHOUT PREJUDICE as to Defendants Terry Todd and Richard Neff. It is

FURTHER ORDERED that Defendants Terry Dodd and Richard Neff's Joined Motion to Strike Plaintiff's Premature Filings, Request for Order of Voluntary Dismissal, and Motion for Protective Order to Stay Discovery Until the Court's Scheduling Conference (Doc. # 58) is DENIED AS MOOT. It is

FURTHER ORDERED that Plaintiff's Motion for Default Judgment as to Bill and Maria Rensel (Doc. # 89) is DENIED.

DATED: November 20, 2019

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge