UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Francis Schaeffer Cox, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-02328-CMA-NYW |
| | § | |
| Maria Rensel, | § | |
| Bill Rensel, | § | |
|     Defendants. | § | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 03 2020
JEFFREY P. COLWELL
CLERK

### REQUEST FOR ENTRY OF DEFAULT

Comes now Francis Schaeffer Cox acting Pro se and hereby requests the Clerk to enter a default against the Defendant(s) Bill and Maria Rensel on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Federal R. Civ. P. 55(a) and further States the following:

1. Defendant(s) Bill and Maria Rensel[1] were both served with a Summons and a complaint on May 13th, 2019 (ECF No. 88 page 3 of 7)

2. To this end, the time for the instant Defendant(s) to file respective answers and/or responsive pleadings to the complaint was by Thursday July 4th 2019.

3. However, allowing three (3) days for mailing deems Defendants' Answers/and/or Responsive pleadings due and filed in the Clerk's office no later than Monday, July 8th, 2019.

4. As of Thursday, July 11th, 2019, the date this request for entry of the default, no answer (or motion to dismiss or motion for summary Judgement) has been filed by Bill or Maria

---

[1] Plaintiff effectively served the original complaint upon Bill and Maria Rensel at their residence by and through private individuals that personally knew them and me both personally. (ECF No. 88 page 4 of 7) This was done because both Bill and Maria Rensel had attempted to evade all legal process servers for months. Thereafter "Maria Rensel" changed her name to "Maria Patricia" and one can assume that is most likely an effort to evade service of process by the plaintiff.

Rensel.

Wherefore, Plaintiff Francis Schaeffer Cox directs the Clerk to enter a default against Defendant(s) Bill and Maria Rensel for want of Answer or other Defense.

Dated: 1-17-20

_____
Francis Schaeffer Cox

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746 that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

_____
Francis Schaeffer Cox

## CERTIFICATE OF SERVICE

I hereby certify that on 1-17-20, I will send by first class mail or better, email, or send, postage prepaid, the above Request for entry of ~~Default Via USPS first class mail to the~~ following:

US Dist. Clerk of Court
901 19th St, Room A 105
Denver, CO 80294-3589

Bill and Maria Rensel
348 Minnie St.,
Fairbanks, Ak 99701

Richard Neff
2101 Broadmoor Ave.
Fairbanks, AK 99709

Terry Dodd
11450 Marlborough Drive
Parker, CO 80138-7348

Page 2 of 2

**NAME:** Francis S. Cox
**NUMBER:** 16174-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

16179-006
Us Dist Court Clerk
901 19TH ST
Room A 105
Denver, CO 80294-3589
United States

Houston V. Lack
1-17-20



INDIANAPOLIS IN 460

PURPLE HEART
FOREVER USA