```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
```

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2020

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| Francis Schaeffer Cox, § | |
|     Plaintiff, § | |
| § | |
| v. § | Case No. 1:18-CV-02328-CMA-NYW |
| § | |
| Maria Rensel, § | |
| Bill Rensel, § | |
|     Defendants. § | |

## PROOF OF SERVICE
## AFFIDAVIT OF BRYAN CHRISTIE

Before me, the undersigned notary, on this day personally appeared Bryan Chrisitie, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Bryan Christie. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I witnessed Frank Turney serve a summons on Bill and Maria Rensel.

3. This service occurred at their home located at 348 Minnie St. Fairbanks, Alaska.

4. The time of service was May 13th 2019 at or around 9:30 pm and I personally witnessed Frank Turney handed the summons to their daughter Kate Rensal.

*[signature]*
Bryan Christie

State of Alaska

Burough of Fairbanks 4th Judicial District

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Bryan Christie, who being by me duly sworn, upon oath deposes and says:

"I have read the above affidavit and it is all true and correct to the best of my knowledge."

_____
AFFIANT

SUBSCRIBED AND SWORN BEFORE ME on this ___6___ day of __February__, 2020, to certify which witness my hand and seal of office.

*State of Alaska*
**NOTARY PUBLIC**
Mary Ann Boots
My Commission Expires March 27, 2020

_____
Notary Public, State of Alaska

My commission expires: __March 27, 2020__

Page 2 of 2



Schaeffer Cox
c/o Schaeffer's Angels
14526 Piney Road
Mulberry, AR 72947

US District Court
901 19th St
Room A105
Denver, CO
80294