United States District Court
For The District of Colorado

Francis Schaeffer Cox,
    Pro se Plaintiff

V.

Terry Dodd,
Maria Rensel,
Bill Rensel,
Richard Neff,
    Pro se Defendants

Case 1:18-CV-2328-CMA
NYW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 24 2020
JEFFREY P. COLWELL
CLERK

Dear Clerk,

    I, plaintiff Cox, advise that my current address is:

        Francis S. Cox
        16179-006
        F.C.I. Terra Haute
        PO Box 33
        Terra Haute, IN 47808

Francis S. Cox
2-11-20

NAME: Francis S. Cox
NUMBER: 16179-006
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

16179-006
Us Dist Court Clerk
901 19TH ST
Room A 105
Denver, CO 80294-3589
United States